```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 07251
   DONALD EDWARD REED III
   KIMBERLY ANN REED                         CHAPTER 13

                                             JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-6221    SSN XXX-XX-2253

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 06/20/06 and confirmed on 08/16/06.

    2.   The case was converted to Chapter 7 after confirmation, 03/05/2009.

    3.   The Debtor paid a total of $  59700.00 .

    4.   The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
HARRIS BANK CONSUMER LOA  CURRENT MORTG       28847.35          .00        28847.35
GMAC PAYMENT CENTER       SECURED VEHIC       23984.56         2207.03     23984.56
ECAST SETTLEMENT CORP     SECURED               300.00            2.75       300.00
BECKET & LEE LLP          UNSECURED           18554.25          .00           71.14
BECKET & LEE LLP          UNSECURED            3475.68          .00            .00
FIA CARD SERVICES         UNSECURED           14842.71          .00           56.91
SMC                       UNSECURED             473.43          .00            .00
CAPITAL ONE BANK          UNSECURED            4602.47          .00           17.65
B REAL LLC                UNSECURED             642.81          .00            .00
B REAL LLC                UNSECURED           11164.70          .00           42.81
DISCOVER BANK             UNSECURED            7783.75          .00           29.85
DISCOVER BANK             UNSECURED            8199.34          .00           31.44
HOME DEPOT                UNSECURED          NOT FILED          .00            .00
PROVIDIAN NATIONAL BANK   UNSECURED          NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED              44.00          .00            .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED     PRIORITY     UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 53131.91        .00       69783.14         .00       122915.05
PRINCIPAL PAID     53131.91        .00         249.80         .00        53381.71
INTEREST PAID       2209.78        .00            .00         .00         2209.78
TOTAL PAID         55341.69        .00         249.80         .00        55591.49
The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   3000.00
and was paid $  1500.00   direct and $   1500.00  through the plan.

The Trustee received $  2608.51 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/17/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE